**Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00606-CV

---

**CHARLOTTE  GATES, Appellant**

**V.**

**PLUM CREEK TOWNHOMES, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1135916**

---

### MEMORANDUM  OPINION

This is an appeal from a final judgment signed July 22, 2019. Appellant's brief was due November 20, 2019. No brief or motion for extension of time to file the brief was filed.

On December 3, 2019, the court ordered appellants to file a brief by December 20, 2019. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant